FILED

JUN 06 2019

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CORY DANIEL MARTINEZ,<br><br>Defendant. | CR 09–05–BU–DWM<br><br>ORDER |

Defendant Cory Daniel Martinez's Motion for Early Termination of Supervised Release is now before the Court. (Doc. 58.) Having considered the factors in 18 U.S.C. § 3553(a), the conduct of Defendant, and Defendant's arguments, the Court is satisfied that early termination is warranted by "the interest of justice." 18 U.S.C. § 3583(e)(1).

Accordingly, IT IS ORDERED that Defendant's motion (Doc. 58) is GRANTED. As of the date of this Order, Defendant's supervision is terminated. However, defense counsel must advise Defendant of the potentially applicable

1

continuing federal and state sex offender registration requirements and explain the process Defendant may pursue to relieve himself of those obligations.

Dated this 6th day of June, 2019.

Donald W. Molloy, District Judge
United States District Court